UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J FREDERICK NATHANIEL MASON, III, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DONALD J. TRUMP, *et al.*, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:20-cv-00447-GMN-BNW <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 3), which recommends that the case be dismissed with prejudice. Plaintiff J Frederick Nathaniel Mason, III ("Plaintiff") timely filed an Objection, (ECF No. 5). For the reasons discussed below, the Court **ADOPTS** the Magistrate Judge's R&R and dismisses the case.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

The Court agrees with Magistrate Judge Brenda Weksler's recommendation to dismiss the case. As she writes, Plaintiff's "factual allegations describe fantastic and delusional scenarios and do not state a claim upon which relief can be granted." (R&R 3:6–8). Plaintiff's Objection, (ECF No. 5), does not otherwise state plausible claims. Thus, the Court adopts the R&R and dismisses the case with prejudice as delusional and frivolous.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 3), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the Complaint, (ECF No. 1-2), is **DENIED with prejudice**.

The Clerk of Court shall close the case.

**DATED** this __6__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court